UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GALE EDWARD WEST,

        Plaintiff,

v.

SUE RAHR, et. al.,

        Defendants.

Case No. C08-1619-TSZ-BAT

**ORDER DISMISSING ACTION**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment is granted;

(3) This action is DISMISSED; and

(4) The Clerk of Court is directed to close the case and send copies of this Order to plaintiff and to Magistrate Judge Brian A. Tsuchida.

DATED this 24th day of September, 2009.

                                                  Thomas S. Zilly
                                                  United States District Judge

ORDER DISMISSING ACTION – 1